IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

APR 1 2 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–14–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SPENCER STEVEN BUDDE, | |
| Defendant. | |

Having considered the United States' Motion for Witness to Appear via Telephone, and finding good cause appearing,

IT IS ORDERED that the Government's Motion (Doc. 39) is GRANTED.

Mr. Kevin Klostermeier may appear at the suppression hearing via telephone.

Dated this 12th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-