FILED

JUN 28 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–14–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SPENCER STEVEN BUDDE, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Spencer Steven Budde appeared before the Court on May 29, 2018, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Budde's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Budde's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- SAA, 5.56 caliber semi-automatic rifle;

- HS Products (Springfield Armory), Model XD45, .45 caliber,

-1-

semiautomatic pistol (S/N: XD625683); and

- Thirty (30) rounds of 5.56 caliber ammunition, and sixty (60) rounds of .45 caliber ammunition.

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshals Service are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

FURTHER, THAT the forfeiture allegation as to the following property is DISMISSED:

- Smith & Wesson, model M&P Bodyguard, .38 caliber revolver (S/N: CSX0881).

Dated this 28th day of June, 2018.

_/s/ Dana L. Christensen_
Dana L. Christensen, Chief Judge
United States District Court