IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
SEP 4 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SPENCER STEVEN BUDDE, Defendant. | CR 17–14–BU–DLC ORDER |

Before the Court is the United States's Motion for Final Order of Forfeiture (Doc. 62). After reviewing the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on June 28, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853;

1

4.      There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 18 U.S.C. § 922(g).

It is therefore ORDERED that:

1.      The Motion for Final Order of Forfeiture (Doc. 62) is GRANTED;

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- SAA, 5.56 caliber semi-automatic rifle;

- HS Products (Springfield Armory), Model XD45, .45 caliber, semi-automatic pistol (S/N: XD625683); and

- Thirty (30) rounds of 5.56 caliber ammunition, and sixty (60) rounds of .45 caliber ammunition.

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 4th day of August, 2018.

*[signature]*

Dana L. Christensen, Chief Judge
United States District Court